UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62163-CIV-SMITH

FARRAH MARIE FRIONA, *et al.*,

    Plaintiffs,
vs.

MOISES ISSA, *et al.*,

    Defendants.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Joint Motion to Approve FLSA Settlement and Dismiss Action with Prejudice [DE 48], in which the Magistrate Judge recommends granting the parties' Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice [DE 47]. No objections have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) Report and Recommendation on Joint Motion to Approve FLSA Settlement and Dismiss Action with Prejudice [DE 48] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The parties' Joint Motion to Review and Approve FLSA Settlement and Dismiss Action with Prejudice [DE 47] is **GRANTED.**

3) All pending motions not otherwise ruled upon are **DENIED as moot.**

4) The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement until **December 31, 2024.**

5) This case is **DISMISSED with prejudice.**

6) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 3rd day of July, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All counsel of record